■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY DIAZ, Appellant. [5 NYS3d 730]—Judgment, Supreme Court, New York County (Roger S. Hayes, J.), rendered March 22, 2013, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to an aggregate term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of inconsistencies in testimony.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels, Clark and Kapnick, JJ.